ARNOLD & PORTER KAYE SCHOLER LLP
John Ulin (SBN 165524)
john.ulin@arnoldporter.com
777 South Figueroa St, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  1.213.243.4228
Facsimile:   1.213.243.4199

ARNOLD & PORTER KAYE SCHOLER LLP
Matthew Wolf (*admitted pro hac vice*)
matthew.wolf@arnoldporter.com
John Nilsson (*admitted pro hac vice*)
john.nilsson@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone:  1.202.942.5000
Facsimile:   1.202.942.5999

*Attorneys for Defendant*
*IVANTIS, INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>IVANTIS, INC., a Delaware corporation,<br><br>  Defendant. | Civil Action No. 8:18-cv-00620-JVS (JDEx)<br><br>**ORDER GRANTING DEFENDANT IVANTIS, INC.'S *EX PARTE* APPLICATION** |

The *ex parte* application submitted by Defendant Ivantis, Inc. having been presented, the matter being one which does not require a hearing, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Rule 26 Scheduling Conference previously set for July 23, 2018 is vacated and will be rescheduled, if necessary, for a date after the expiration of the 60-day period for limited discovery authorized by this Court's June 18, 2018 Order.
2. Full discovery will be delayed until the end of the 60-day period for limited discovery authorized by this Court's June 18, 2018 Order.

**IT IS SO ORDERED.**

Dated:  July 02, 2018

_____
Hon. James V. Selna
Judge for the Central District of California