| | |
|---|---|
| 1 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | John Ulin (SBN 165524) |
| | john.ulin@arnoldporter.com |
| 3 | 777 South Figueroa St, 44th Floor |
| 4 | Los Angeles, CA 90017-5844 |
| | Telephone: 1.213.243.4228 |
| 5 | Facsimile: 1.213.243.4199 |

ARNOLD & PORTER KAYE SCHOLER LLP
Matthew Wolf (*admitted pro hac vice*)
matthew.wolf@arnoldporter.com
John Nilsson (*admitted pro hac vice*)
john.nilsson@arnoldporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: 1.202.942.5000
Facsimile: 1.202.942.5999

*Attorneys for Defendant*
*IVANTIS, INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation, | Civil Action No. 8:18-cv-00620-JVS (JDEx) |
| Plaintiff, | **IVANTIS, INC.'S NOTICE REGARDING ITS MOTION TO DISMISS ON SAFE HARBOR GROUNDS** |
| v. | |
| IVANTIS, INC., a Delaware corporation, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

In its June 18, 2018 Minute Order, the Court vacated Defendant Ivantis, Inc.'s ("Ivantis") Motion to Dismiss Plaintiff Glaukos Corporation's ("Glaukos") Complaint to allow for 60 days of discovery into "whether Ivantis's activity falls within § 271(e)(1)'s safe harbor." Dkt. No. 31 at 2. The Court further stated that, following this discovery, "Ivantis shall file a renewed motion by August 20, 2018." *Id.* Ivantis continues to maintain that the activities identified in Glaukos's Complaint related to supplying the Hydrus Microstent® to physicians in Australia and New Zealand are protected by the 35 U.S.C. § 271(e)(1) safe harbor and not for commercial purposes, and no discovery taken by Glaukos to date suggests otherwise.

PLEASE TAKE NOTICE that, without waiving its right to assert the 35 U.S.C. § 271(e)(1) safe harbor as a defense or as a limitation on potential damages in this action, Ivantis will not be renewing its motion to dismiss on 35 U.S.C. § 271(e)(1) grounds in the interests of case and judicial economy. Instead, Ivantis will respond to Glaukos's complaint within ten days, before the close of the sixty-day safe harbor discovery period.

Dated: August 6, 2018              ARNOLD & PORTER KAYE SCHOLER LLP

                                   By: */s/ John Nilsson*
                                       John Ulin
                                       John Nilsson
                                       Matthew Wolf

                                       Attorneys for Defendant
                                       IVANTIS, INC.