| | | |
|---|---|---|
| 1 | IRELL & MANELLA LLP<br>Lisa S. Glasser (223406)<br>lglasser@irell.com<br>David McPhie (231520)<br>dmcphie@irell.com<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>Morgan Chu (70446)<br>mchu@irell.com<br>Stephen Payne (310567)<br>spayne@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Attorneys for Plaintiff GLAUKOS CORPORATION | KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>David Silbert (SBN 173128)<br>dsilbert@keker.com<br>Leo L. Lam (SBN 181861)<br>llam@keker.com<br>Ajay S. Krishnan (SBN 222476)<br>akrishnan@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7199<br><br>Attorneys for Defendant<br>IVANTIS, INC. | |
| | ARNOLD & PORTER KAYE SCHOLER LLP<br>John Ulin (SBN 165524)<br>John.ulin@arnoldporter.com<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4228<br>Facsimile: (213) 243-4199<br><br>Attorneys for Defendant<br>IVANTIS, INC. | ARNOLD & PORTER KAYE SCHOLER LLP<br>Matthew Wolf (*pro hac vice*)<br>Matthew.wolf@arnoldporter.com<br>John Nilsson (*pro hac vice*)<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br><br>Attorneys for Defendant<br>IVANTIS, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>IVANTIS, INC, a Delaware Corporation,<br><br>    Defendant and Counterclaimant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**JOINT STIPULATION REGARDING CASE SCHEDULE**<br><br>**[Proposed Order Lodged Herewith]**<br><br>Judge:   Hon. James V. Selna<br>Date Filed: April 14, 2018<br>Trial Date: February 4, 2020 |

Joint Stipulation Re Case Schedule

On September 17, 2018, the Court held a Scheduling Conference in the above captioned matter and set a February 4, 2020 trial date, January 13, 2020 Final Pretrial Conference date, and December 10, 2018 status conference. The Court ordered the Parties to meet and confer and submit a jointly proposed schedule of the other case dates and deadlines. The Parties have met and conferred in good faith, and hereby jointly submit the schedule set forth in the [Proposed] Order Setting Case Schedule lodged concurrently with this Stipulation.[1]

Dated: September 24, 2018          Respectfully submitted,

/s/ *Lisa S. Glasser*

IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
Facsimile: (949) 760-5200

Attorneys for Plaintiff GLAUKOS CORPORATION

Dated: September 24, 2018          KEKER, VAN NEST & PETERS LLP

/s/ *David J. Silbert*

Robert A. Van Nest
David Silbert
Leo L. Lam
Ajay S. Krishnan
Edward A. Bayley
Eduardo E. Santacana
Sophie Hood
Maya Karwande

Attorneys for Defendant IVANTIS, INC.

---

[1] While Ivantis jointly submits this proposed schedule in order to comply with the Court-ordered trial date, Ivantis maintains its position that this proposed schedule is overly compressed in light of the scope and posture of the case.