| | |
|---|---|
| IRELL & MANELLA LLP<br>Lisa S. Glasser (223406)<br>lglasser@irell.com<br>David McPhie (231520)<br>dmcphie@irell.com<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>Morgan Chu (70446)<br>mchu@irell.com<br>Stephen Payne (310567)<br>spayne@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Attorneys for Plaintiff GLAUKOS CORPORATION | KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>David Silbert (SBN 173128)<br>dsilbert@keker.com<br>Leo L. Lam (SBN 181861)<br>llam@keker.com<br>Ajay S. Krishnan (SBN 222476)<br>akrishnan@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7199<br><br>Attorneys for Defendant<br>IVANTIS, INC. |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>John Ulin (SBN 165524)<br>John.ulin@arnoldporter.com<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4228<br>Facsimile: (213) 243-4199<br><br>Attorneys for Defendant<br>IVANTIS, INC. | ARNOLD & PORTER KAYE SCHOLER LLP<br>Matthew Wolf (*pro hac vice*)<br>Matthew.wolf@arnoldporter.com<br>John Nilsson (*pro hac vice*)<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br><br>Attorneys for Defendant<br>IVANTIS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>        Plaintiff and Counter-Defendant,<br><br>    v.<br><br>IVANTIS, INC, a Delaware Corporation,<br><br>        Defendant and Counterclaimant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**[PROPOSED] ORDER SETTING CASE SCHEDULE**<br><br>Judge:   Hon. James V. Selna<br>Date Filed: April 14, 2018<br>Trial Date: February 4, 2020 |

IT IS HEREBY ORDERED that the following schedule is entered in the above captioned case:

| Event | Date |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions (N.D. Cal. Patent L.R. 3-1) | October 1, 2018 |
| N.D. Cal. Patent L.R. 3-2 Document Production | October 1, 2018 |
| Invalidity Contentions (N.D. Cal. Patent L.R. 3-3) | November 15, 2018 |
| N.D. Cal. Patent L.R. 3-4 Document Production | November 15, 2018 |
| Exchange of Proposed Terms for Construction (N.D. Cal. Patent L.R. 4-1) | November 29, 2018 |
| Last Day to File Motion to Amend Pleadings | December 3, 2018 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (N.D. Cal. Patent L.R. 4-2) | December 20, 2018 |
| Damages Contentions (N.D. Cal. Patent L.R. 3-8) | January 4, 2019 |
| Joint Claim Construction and Prehearing Statement (N.D. Cal. Patent L.R. 4-3) | January 14, 2019 |
| Responsive Damages Contentions (N.D. Cal. Patent L.R. 3-9) | February 4, 2019 |
| Completion of Claim Construction Discovery (N.D. Cal. Patent L.R. 4-4) | February 13, 2019 |
| Simultaneous Opening Claim Construction Briefs (N.D. Cal. Patent L.R. 4-5) | February 28, 2019 |
| Technology Tutorial | March 16, 2019 |
| Simultaneous Responsive Claim Construction Briefs (N.D. Cal. Patent L.R. 4-5) | March 25, 2019 |
| Claim Construction Hearing (1:30 pm) | April 15, 2019 |
| N.D. Cal. Patent L.R. 3-7 Advice of Counsel Disclosure | 30 days after service by the Court of its claim constructions |
| Non-Expert Discovery Cutoff | June 24, 2019 |
| Opening Expert Reports | July 25, 2019 |

| Event | Date |
|---|---|
| Rebuttal Expert Reports | August 29, 2019 |
| Expert Discovery Cutoff | September 27, 2019 |
| Deadline to File Dispositive Motions and *Daubert* Motions | October 28, 2019 |
| Last Date to Hear Dispositive Motions (1:30 pm) | December 9, 2019 |
| Deadline to file Motions *in Limine* | December 16, 2019 |
| Deadline to lodge Pretrial Conference Order, Memorandum of Contentions of Fact and Law, Exhibit List, Witness List, and Status Report re: Settlement | January 6, 2020 |
| Final Pretrial Conference, Hearing on Motions *in Limine* (11:00 am) | January 13, 2020 |
| Deadline to file Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re: Disputed Instructions and Verdict Forms, Proposed *Voir Dire* Questions, and Agreed-to Statement of Case | January 13, 2020 |
| Trial Date (8:30 am) | February 4, 2020 |

**IT IS SO ORDERED.**

Dated: _____

                                              Hon. James V. Selna
                                              Judge, United States District Court