| | |
|---|---|
| IRELL & MANELLA LLP<br>Lisa S. Glasser (223406)<br>lglasser@irell.com<br>David McPhie (231520)<br>dmcphie@irell.com<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>Morgan Chu (70446)<br>mchu@irell.com<br>Stephen Payne (310567)<br>spayne@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Attorneys for Plaintiff GLAUKOS CORPORATION | KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>David Silbert (SBN 173128)<br>dsilbert@keker.com<br>Leo L. Lam (SBN 181861)<br>llam@keker.com<br>Ajay S. Krishnan (SBN 222476)<br>akrishnan@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7199<br><br>Attorneys for Defendant<br>IVANTIS, INC. |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>John Ulin (SBN 165524)<br>John.ulin@arnoldporter.com<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4228<br>Facsimile: (213) 243-4199<br><br>Attorneys for Defendant<br>IVANTIS, INC. | ARNOLD & PORTER KAYE SCHOLER LLP<br><br>John Nilsson (*pro hac vice*)<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br><br>Attorneys for Defendant<br>IVANTIS, INC. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>        Plaintiff and Counter-Defendant,<br><br>    v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>        Defendant and Counterclaimant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**JOINT STIPULATION REGARDING DOCKET ENTRY NO. 55-2**<br><br>**[Proposed Order Lodged Herewith]**<br><br>Judge:   Hon. James V. Selna<br>Date Filed: April 14, 2018<br>Trial Date: February 4, 2020 |

# JOINT STIPULATION REGARDING DOCKET ENTRY NO. 55-2

On November 9, 2018, Plaintiff Glaukos Corporation ("Glaukos") filed an Application for Leave to File Documents under Seal (Dkt. No. 55) in connection with its motion for Summary Judgment of Non-Infringement. The application included a proposed redacted version of Ex. G to the Declaration of Lisa S. Glasser (Dkt. No. 55-2), the redacted portions of which contain confidential information of Defendant Ivantis, Inc. The Court granted the application to file Exhibit G under seal on November 13, 2018 (Dkt No. 60).

In reviewing its filing, Glaukos discovered that Docket Entry No. 55-2 contains non-permanent redaction marks that a user may be able to remove after downloading the document. To ensure that no unauthorized access to under seal information occurs, the Parties hereby stipulate and mutually request that the Court direct the Clerk's Office to replace the version of Exhibit G filed at Docket Entry No. 55-2 with the attached corrected copy of Ex. G, which contains permanent redaction marks.[1]

Dated:  November 19, 2018          Respectfully submitted,

/s/ *Stephen M. Payne*

IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200
Facsimile:  (949) 760-5200

Attorneys for Plaintiff GLAUKOS CORPORATION

---

[1] On November 16, 2018, counsel for Glaukos contacted the Courtroom Deputy regarding this request, and the Court tentatively restricted access to Dkt. 55-2. The Court further instructed the Parties to file a stipulation or ex parte application requesting replacement of this document on the docket.

| | | |
|---|---|---|
| 1 | Dated: November 19, 2018 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | | |
| 3 | | /s/ *Nicholas Nyemah* |
| 4 | | John Nilsson |
| 5 | | John Ulin<br>Paul Margulies<br>Nicholas Nyemah |
| 6 | | |
| 7 | | Attorneys for Defendant<br>IVANTIS, INC. |