| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Lisa S. Glasser (223406) |
| 2 | lglasser@irell.com |
|   | David McPhie (231520) |
| 3 | dmcphie@irell.com |
|   | 840 Newport Center Drive, Suite 400 |
| 4 | Newport Beach, California 92660-6324 |
|   | Telephone: (949) 760-0991 |
| 5 | Facsimile: (949) 760-5200 |
| 6 | Morgan Chu (70446) |
|   | mchu@irell.com |
| 7 | Stephen Payne (310567) |
|   | spayne@irell.com |
| 8 | 1800 Avenue of the Stars, Suite 900 |
|   | Los Angeles, California 90067-4276 |
| 9 | Telephone: (310) 277-1010 |
|   | Facsimile: (310) 203-7199 |
| 10 | |
|   | Attorneys for Plaintiff |
| 11 | GLAUKOS CORPORATION |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation, | Case No. 8:18-cv-00620-JVS-JDE |
| Plaintiff and Counter-Defendant, | **PLAINTIFF GLAUKOS CORPORATION'S NOTICE OF MOTION AND MOTION TO COMPEL IVANTIS TO RESPOND TO REQUEST FOR PRODUCTION NOS. 27, 28, 29, 31, AND 39** |
| v. | |
| IVANTIS, INC., a Delaware Corporation, | [Discovery Document: Referred to Magistrate Judge John D. Early] |
| Defendant and Counterclaimant. | Hearing Date: January 24, 2019 |
| | Time: 10:00 a.m. |
| | Location: Courtroom 6A |
| | Judge: Hon. John D. Early |
| | |
| | Discovery Cut-off: June 24, 2019 |
| | Pre-trial conference: Jan. 13, 2020 |
| | Trial date: February 4, 2020 |

**TO DEFENDANT IVANTIS AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on January 24, 2019 at 10:00 a.m. or as soon thereafter as the matter may be heard, in the United States District Court for the Central District of California, Southern Division, Courtroom 6A, located at 411 West 4th Street, Room 1053, Santa Ana, CA 92701-4516, and before the Honorable John D. Early, Plaintiff Glaukos Corporation will move this Court to compel Ivantis to respond to Requests for Production Nos. 27, 28, 29, 31, and 39.

Glaukos's motion is supported by the accompanying Joint Stipulation Regarding Glaukos's Motion to Compel, the supporting Declaration of Stephen M. Payne and the exhibits thereto, Glaukos's forthcoming Supplemental Memorandum; the files, records, and pleadings in this action; any arguments presented at the time of hearing on this motion; and such other and further matters as the Court deems just and proper.

**LOCAL RULE 37-1 STATEMENT**

This motion is made following telephonic conferences of counsel pursuant to Local Rule 37-1, which took place on October 15, 2018 and December 20, 2018.

Dated: January 3, 2019

                                                  Respectfully submitted,

                                                  IRELL & MANELLA LLP

                                                  By: */s/ Lisa S. Glasser*
                                                            Lisa S. Glasser