IRELL & MANELLA LLP
Lisa S. Glasser (223406)
lglasser@irell.com
David McPhie (231520)
dmcphie@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Morgan Chu (70446)
mchu@irell.com
Stephen Payne (310567)
spayne@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
GLAUKOS CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>        Plaintiff and Counter-Defendant,<br><br>   v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>        Defendant and Counterclaimant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**DECLARATION OF STEPHEN M. PAYNE IN SUPPORT OF GLAUKOS'S MOTION TO COMPEL IVANTIS TO RESPOND TO REQUEST FOR PRODUCTION NOS. 27, 28, 29, 31, and 39**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Hearing Date: January 24, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 6A<br>Judge: Hon. John D. Early<br><br>Discovery Cut-off: June 24, 2019<br>Pre-trial conference: Jan. 13, 2020<br>Trial date: February 4, 2020 |

PAYNE DECL. ISO GLAUKOS'S MOTION TO COMPEL
(CASE NO. 8:18-cv-00620-JVS-JDE)

10624821

# DECLARATION OF STEPHEN M. PAYNE

I, Stephen M. Payne, declare as follows:

1. I am an attorney at Irell & Manella LLP, counsel of record for Glaukos Corporation ("Glaukos") in the above captioned litigation. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** are excerpted slides from two Ivantis presentations that Glaukos located on the Internet. At one presentation in May of 2017 (Ex. 1 p. 1), Ivantis's CEO presented a slide showing the Schlemm's canal market as occupied solely by Glaukos's iStent device. At a second presentation in December of 2017, Ivantis presented a chart defining its target market as $164 million, an estimate of Glaukos's 2017 revenue (Ex. 1 p. 2), while "thank[ing]" Glaukos for its "great effort" in "building this category to date." (Ex. 2, p. 2). A transcript of the audio from the presentation is attached hereto as **Exhibit 2**. The slides and quote referenced herein are also available at https://ois.net/ivantis-preparing-us-commercialization-hydrus/ and https://ois.net/progress-of-ivantis-hydrus-microstent-2017/.

3. On December 19, 2018, Ivantis produced a Board of Directors presentation containing the page attached hereto as **Exhibit 3** (IVNTS_0020338). Since Ivantis has designated the entire presentation as Highly Confidential and it is voluminous, Glaukos is submitting only this page with its motion.

## Glaukos's Meet and Confer Efforts

4. On October 15, 2018, counsel for Glaukos and Ivantis held a telephonic meet and confer. During the call, the parties discussed many requests including Glaukos RFP Nos. 27 and 28 and a similar Ivantis request (RFP No. 21, seeking documents "sufficient to identify all entities involved in the design, development, manufacture, fabrication, testing, installation, and/or assembly of any Glaukos Product that embodies any invention described and/or claimed in Glaukos's Asserted

1  Patents."). Glaukos suggested that the parties each produce a summary document
2  identifying their manufacturing vendors and their geographic locations and Ivantis
3  agreed to get back to Glaukos on the proposal. The parties also discussed RFP No.
4  39.

5       5.     On November 6, 2018, Glaukos served a summary document of its
6  manufacturing vendors and locations and again requested that Ivantis comply with
7  Glaukos RFPs No. 27 and 28.

8       6.     Glaukos sent follow-up letters addressing, among other things, the
9  deficiencies in RFP Nos. 27, 28, 29, 31, and 39 through letters dated November 7,
10 December 5 and December 17, 2018.  These letters are attached hereto as **Exhibits**
11 **4, 5, and 6**. Ivantis never provided any response regarding these requests.

12      7.     Instead of responding to any of Glaukos's concerns, on December 17,
13 2018, Ivantis threatened a motion to compel production with respect to certain
14 <u>Ivantis</u> requests that had never been the subject of meet and confer (they were served
15 after the only meet and confer, which took place on October 15). Glaukos responded
16 on December 18, 2018, notifying Ivantis counsel of the requirement under the Local
17 Rules to participate in a conference of counsel, and providing availability for a meet
18 and confer on Ivantis's request as well as on the still-outstanding issues regarding
19 Glaukos RFP Nos. 27, 28, 29, 31, and 39. A copy of Glaukos's December 18 email
20 is attached as **Exhibit 7**.

21      8.     The Parties met and conferred telephonically regarding Glaukos RFPs
22 No. 27, 28, 29, 31, and 39 on December 20, 2018. The parties' positions expressed
23 during the meet and confer are addressed in the Joint Stipulation Regarding
24 Glaukos's Motion to Compel.

25      9.     Patent Local Rule 3-8 Damages Contentions are due on January 14,
26 2019, pursuant to Judge Selna's Scheduling Order and agreement of the parties.
27 Ivantis's failure to produce the documents subject to this motion is impairing
28

Glaukos's ability to quantify its damages and to take follow-up discovery regarding the scope of Ivantis's infringement and Glaukos's damages therefrom.

Executed on January 3, 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Stephen Payne*

Stephen M. Payne