KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST (SBN 84065)
rvannest@keker.com
DAVID SILBERT (SBN 173128)
dsilbert@keker.com
LEO L. LAM (SBN 181861)
llam@keker.com
AJAY S. KRISHNAN (SBN 222476)
akrishnan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
IVANTIS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION-SANTA ANA

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**DECLARATION OF EDUARDO E. SANTACANA IN SUPPORT OF DEFENDANT IVANTIS'S OPPOSITION TO GLAUKOS'S MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION NOS. 27, 28, 29, 31, AND 39**<br><br>Discovery Cut-off: June 24, 2019<br>Pre-trial conference: Jan. 13, 2020<br>Trial date: February 4, 2020 |

SANTACANA DECLARATION IN SUPPORT OF DEFENDANT IVANTIS'S OPPOSITION TO GLAUKOS'S MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION NOS. 27, 28, 29, 31, AND 39
CASE NO. 8:18-CV-00620-JVS-JDE

1315643

I, EDUARDO E. SANTACANA, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker, Van Nest & Peters LLP, counsel for defendant Ivantis, Inc. in the above-captioned action. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Stipulation and Protective Order filed on August 3, 2018 [Dkt. 36].

3. On October 15, 2018, at Ivantis's request, the parties engaged in a meet-and-confer call in which I participated to discuss various deficiencies in Glaukos's document requests. During that call, Glaukos repeatedly pointed to its own document requests as justification for its failure to produce discovery in response to Ivantis's document requests.

4. On November 7, 2018, Glaukos sent Ivantis a 15-page letter addressing more than fifty discovery requests propounded by both parties with no particular focus on the specific requests raised by its current motion to compel. Glaukos attached that letter as Exhibit 4 to the Payne Declaration in support of its motion. Glaukos never suggested that it needed any particular discovery prior to the deadline for damages contentions.

5. On December 17, Glaukos sent Ivantis a 16-page letter addressing dozens of discovery requests propounded by both parties with no particular focus on the specific requests raised by its current motion to compel. Glaukos attached that letter as Exhibit 6 to the Payne Declaration in support of its motion. As with its prior letters, Glaukos never suggested that it needed any particular discovery prior to the deadline for damages contentions.

6. On December 17, 2018, via e-mail, Ivantis sent Glaukos its written arguments in support of its motion to compel responses to various document requests to which Glaukos's responses remained deficient. In response, on the next day, Glaukos raised for the first time an intention to move to compel on the document requests that are the subject of this motion, and mentioned for the first time Glaukos's supposed urgent need to receive those documents for its damages contentions.

1

SANTACANA DECLARATION IN SUPPORT OF DEFENDANT IVANTIS'S OPPOSITION TO GLAUKOS'S MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION NOS. 27, 28, 29, 31, AND 39
CASE NO. 8:18-CV-00620-JVS-JDE

1315643

7. On December 20, 2018, the parties engaged in another meet-and-confer call regarding Ivantis's motion to compel. During that call, Glaukos explained for the first time its position as to the document requests that are the subject of its current motion, and it initiated the motion-to-compel process the following day, before Ivantis had adequate time to address any of the issues raised during the call.

8. To date, Ivantis has produced 2,016 documents. 477 of those documents were produced after November 7, the date of Glaukos's first letter on these document requests. Glaukos has produced 410 documents.

9. Attached hereto as **Exhibit B** is a true and correct copy of the full e-mail chain attached to the Payne Declaration in support of this motion as Exhibit 7. The version attached to Mr. Payne's declaration is incomplete, and does not include the responses made by Ivantis's counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on January 2, 2019, at San Francisco, California.

Eduardo E. Santacana

2

SANTACANA DECLARATION IN SUPPORT OF DEFENDANT IVANTIS'S OPPOSITION TO GLAUKOS'S MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION NOS. 27, 28, 29, 31, AND 39
CASE NO. 8:18-CV-00620-JVS-JDE

1315643