IRELL & MANELLA LLP
Lisa S. Glasser (223406)
lglasser@irell.com
David McPhie (231520)
dmcphie@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Morgan Chu (70446)
mchu@irell.com
Stephen Payne (310567)
spayne@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
GLAUKOS CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>Defendant and Counterclaimant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GLAUKOS CORPORATION'S MOTION TO COMPEL IVANTIS TO RESPOND TO REQUEST FOR PRODUCTION NOS. 27, 28, 29, 31, AND 39**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Hearing Date: January 24, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 6A<br>Judge: Hon. John D. Early<br><br>Discovery Cut-off: June 24, 2019<br>Pre-trial conference: Jan. 13, 2020<br>Trial date: February 4, 2020 |

The Court hereby **GRANTS** Glaukos Corporation's Motion to Compel Ivantis To Respond To Request For Production Nos. 27, 28, 29, 31, and 39. The Court orders Defendant Ivantis, Inc. ("Ivantis") to do the following within 10 days of the date of this Order:

1. Comply in full with Requests for Production Nos. 27 and 28.
2. Produce the following documents responsive to Requests for Production Nos. 29 and 31:
   - Ivantis historical financial data, by quarter (or month, if available) since Ivantis began developing the Hydrus, including documents sufficient to show (1) Ivantis's revenue and funding and (2) all categories of Ivantis expenses (such as research and development, sales/marketing, and regulatory costs) relating to the Hydrus.
   - E-mails and other documentation of Ivantis's plans to compete for Glaukos customers, including without limitation all documents regarding contact by Ivantis with Glaukos customers, and internal discussions regarding Glaukos's customers, volumes, and pricing.  For avoidance of doubt, this includes without limitation Ivantis communications with the Glaukos customers identified in Ivantis's Board of Directors Presentation (IVNTS_00020338), internal discussions about how to target these and other current Glaukos customers, and emails or other communications to or from the two Ivantis salespersons that Ivantis recently hired from Glaukos (Mr. Olson and Mr. Gregory).
3. Produce at least the following documents in response to Request for Production No. 39:

- o E-mails and other documentation of efforts by Ivantis to target Glaukos's existing customers and/or hire Glaukos employees knowledgeable about Glaukos's customers and pricing, including without limitation documents regarding contact by Ivantis with Glaukos customers, and internal discussions regarding Glaukos's customers, volumes, and pricing;
- o E-mails and other documents referring to Glaukos's financial metrics or regulatory strategy, including without limitation documents using Glaukos's past or current financial metrics or regulatory strategy as a reference or input to Ivantis's plans, strategy, or projections; and
- o Communications with investors, potential investors, customers, potential customers, employees, and potential employees regarding similarities between the Hydrus and Glaukos's products or patents.

**IT IS SO ORDERED**.

Dated: _____ , 2019

Hon. John D. Early
Magistrate Judge for the Central District of California