| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>LEO L. LAM - # 181861<br>llam@keker.com<br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>Attorneys for Defendant<br>IVANTIS, INC. | ARNOLD & PORTER KAYE SCHOLER LLP<br>JOHN ULIN - # SBN 165524<br>john.ulin@arnoldporter.com<br>777 South Figueroa St, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone:   1.213.243.4228<br>Facsimile:   1.213.243.4199<br><br>ARNOLD & PORTER KAYE SCHOLER LLP<br>JOHN NILSSON (*admitted pro hac vice*)<br>john.nilsson@arnoldporter.com<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Telephone:   1.202.942.5000<br>Facsimile:   1.202.942.5999 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION-SANTA ANA

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>                              Plaintiff,<br><br>    v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>                              Defendant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**IVANTIS, INC.'S NOTICE OF LODGING**<br><br>Date:  January 24, 2019<br>Time: 10:00 a.m.<br>Courtroom: 6A<br><br>Date Filed: April 14, 2018<br>Discovery Cut-off: June 24, 2019<br>Pre-trial Conference: January 13, 2020<br>Trial Date: February 4, 2020 |

IVANTIS, INC.'S NOTICE OF LODGING
CASE NO.  8:18-CV-00620-JVS-JDE

1315780

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.4.1, the following document(s) or item(s) are being electronically lodged:

- [PROPOSED] ORDER GRANTING IVANTIS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELEVANT TO SUMMARY JUDGMENT OPPOSITION BRIEF

Dated: January 3, 2019         KEKER, VAN NEST & PETERS LLP

By: /s/ *David Silbert*
Robert A. Van Nest
David Silbert
Leo L. Lam
Ajay S. Krishnan
Edward A. Bayley
Eduardo E. Santacana
Sophie Hood
Maya Karwande

ARNOLD & PORTER KAYE SCHOLER LLP

John Ulin
John Nilsson (*admitted pro hac vice*)

Attorneys for Defendant
IVANTIS, INC.