Name & Address:
David Silbert SBN: 173128
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415-391-5400
dsilbert@keker.com; shood@keker.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GLAUKOS CORPORATION, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:18-cv-00620-JVS-JDE |
| v. | |
| IVANTIS, INC., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☒ Lodged: **(List Documents)**

1. Exhibit 2 to Declaration of David Silbert - video produced by Glaukos and Bates numbered as GKOS00034058 (PROPOSED TO BE FILED UNDER SEAL)
2. Exhibit 3 to Declaration of David Silbert - video produced by Glaukos and Bates numbered as GKOS00034056 (PROPOSED TO BE FILED UNDER SEAL)
3. Exhibit 7 to Declaration of David Silbert - video produced by Rendia and Bates numbered as RENDIA00000003 (PROPOSED TO BE FILED UNDER SEAL)
4. Exhibit 10 to Declaration of David Silbert - YouTube video titled "iStent Injection Surgical Procedure Animation 2"
5. Exhibit 42 to Declaration of David Silbert - video titled "How iStent Inject Works"

**Reason:**

☐ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 25, 2019                David Silbert
Date                             Attorney Name

                                 Defendant Ivantis, Inc.
                                 Party Represented

G-92 (05/15)        NOTICE OF MANUAL FILING OR LODGING