IRELL & MANELLA LLP
Lisa S. Glasser (223406)
lglasser@irell.com
David McPhie (231520)
dmcphie@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Morgan Chu (70446)
mchu@irell.com
Stephen Payne (310567)
spayne@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
GLAUKOS CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>　　　　Defendant and Counterclaimant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**PLAINTIFF GLAUKOS CORPORATION'S NOTICE OF APPLICATION AND APPLICATION FOR LEAVE TO FILE RECORDS UNDER SEAL IN CONNECTION WITH ITS MEMORANDUM IN REPLY TO IVANTIS, INC'S SUPPLEMENTAL OPPOSITION**<br><br>Date: Mar. 11, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

# NOTICE OF APPLICATION AND APPLICATION TO SEAL

Pursuant to Local Rule 79-5.2.2(a) & (b), Plaintiff Glaukos Corporation ("Glaukos"), hereby respectfully requests to file under seal certain materials offered in connection with its Memorandum in Reply to Ivantis, Inc.'s Supplemental Opposition:

- The following exhibits, or the unredacted versions of, Exhibits O, P, R, T, and U attached to the Declaration of Lisa Glasser in Support of Glaukos's Memorandum in Reply to Ivantis, Inc.'s Supplemental Opposition;

- The unredacted version of the Memorandum in Reply to Ivantis, Inc.'s Supplemental Opposition ("the Reply") (which contains quotations and/or references to confidential content from the above-referenced materials); and

- The unredacted version of Glaukos Corporation's Reply to Ivantis, Inc.'s Supplemental Statement of Genuine Disputes ("the Reply Separate Statement") (which contains quotations and/or reference to confidential content from the above-referenced materials, as well as materials previously sealed in connection with Ivantis's Supplemental Opposition).

For the reasons set forth in the attached Declarations of David McPhie and Sara Kerrane, Glaukos respectfully submits that compelling reasons exist for the Court to maintain Exhibits R and U under seal. The materials that Glaukos seeks to seal consist of highly proprietary technical information and research regarding Glaukos's product. Ivantis does not oppose Glaukos's Application to seal Exhibits R and U.

Exhibits O, P, and T have been designated as confidential by Ivantis pursuant to the Protective Order entered in this matter (Dkt. 36). Ivantis will separately file its supporting declaration regarding these exhibits pursuant to Local Rule 79-5.2.2(b). Glaukos does not oppose Ivantis's request that these exhibits remain under seal.

| | |
|---|---|
| 1 | Dated: March 4, 2019 |
| 2 | Respectfully submitted, |
| 3 | IRELL & MANELLA LLP |
| 4 | |
| 5 | By: /s/ *Lisa S. Glasser* |
| 6 | Lisa S. Glasser |