# EXHIBIT R

Redacted Version of Document Proposed to be FIled Under Seal

# LABORATORY NOTEBOOK

HIGHLY CONFIDENTIAL
Ex. R
Page 31
GKOS00033909

Project No. _____
Book No. _____
TITLE _____

#5   125 μ CONICAL  — JIANBO DOING SURGERY
        — SAME EFFECT — STENT WAS GOING DOWN
        — JIANBO MANIPULATED & IT FOUND ITS HOME
          W/ THE CONICAL TIP FIXED AGAINST REAR WALL &
          THE STENT AXIS NORMAL TO CANAL (TM

JIANBO: VS. THE OTHER DAY'S SURGICAL TRIALS TODAY'S PUP —
         THAT TISSUE WAS MORE FIRM — NOT AS MUSHY

RICK: THIS CONICAL SEEMS TO FIND ITS HOME BETTER

#7   150 μ CONICAL
     WENT IN WELL — RICK WOULDN'T TOUCH IT
     BEST ONE YET — DIDN'T TRAVEL TOO FAR IN

72 Project No. _____    Project No. _____ 73
Book No. _____ TITLE _____    TITLE _____ Book No. _____

#8    150µ Conical #2

Looks nice too
THE TALLER HEAD SEEMS TO PUT MORE PRESSURE AGAINST THE POSTERIOR WALL
RICK TRIED TO ROTATE, & IT SEEMED HAPPY WHERE IT WAS

RICK NUDGED IT & SEATED IT AND IT FOUND IT'S HOME POSITION - REALLY NICELY SETTLED IN

RICK DID A MINI BULLDOG TEST & IT WAS WELL FIXATED - IT DID NOT PULL PAST THE JCM

THIS DESIGN WORKED GREAT! - BEST YET.

HIGHLY CONFIDENTIAL    GKOS00033949