UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>　　　　　　　　　Defendant. | Case No. 8:18-cv-00620-JVS-JDEx<br><br>ORDER ON OLSON & CEPURITIS, LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL IN CONNECTION WITH THE CROSS-MOTION FOR PROTECTIVE ORDER REGARDING IVANTIS'S MOTION TO COMPEL DR. BERLIN TO PRODUCE DOCUMENTS<br><br>Hearing Date: April 4, 2019<br>Time: 10:00 a.m.<br>Courtroom: 6A<br>Judge: Hon. John D. Early<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early] |

1  The Court, having considered Olson & Cepuritis Ltd.'s Application for Leave to File Records Under Seal in Connection with its Cross-Motion for Protective Order Regarding Ivantis's Motion to Compel Dr. Berlin to Produce Documents and all materials submitted in connection thereto (Dkt. 125), finds that compelling reasons exist to maintain under seal the following documents filed conditionally under seal:

1. The Memorandum in Support of Olson & Cepuritis, Ltd.'s Cross-Motion for Protective Order (Dkt. 124-1);
2. The Declaration of Brian R. Michalek in Support of Olson & Cepuritis, Ltd.'s Cross-Motion for Protective Order (Dkt 124-2, the "Michalek Declaration");
3. The copy of Exhibit 1 attached to the Michalek Declaration (Dkt. 124-3);
4. The unredacted copy of Exhibit 3 attached to the Michalek Declaration (Dkt. 124-5);
5. The unredacted copy of Exhibit 4 attached to the Michalek Declaration (Dkt. 124-6); and
6. The unredacted copy of Exhibit 5 attached to the Michalek Declaration (Dkt. 124-7).

IT IS SO ORDERED.

Dated: March 18, 2019

JOHN D. EARLY
United States Magistrate Judge

2