| | |
|---|---|
| IRELL & MANELLA LLP<br>Lisa S. Glasser (223406)<br>lglasser@irell.com<br>David McPhie (231520)<br>dmcphie@irell.com<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>Morgan Chu (70446)<br>mchu@irell.com<br>Stephen Payne (310567)<br>spayne@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Attorneys for Plaintiff GLAUKOS CORPORATION | KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>David Silbert (SBN 173128)<br>dsilbert@keker.com<br>Leo L. Lam (SBN 181861)<br>llam@keker.com<br>Ajay S. Krishnan (SBN 222476)<br>akrishnan@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7199<br><br>Attorneys for Defendant<br>IVANTIS, INC. |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>John Ulin (SBN 165524)<br>John.ulin@arnoldporter.com<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4228<br>Facsimile: (213) 243-4199<br><br>Attorneys for Defendant<br>IVANTIS, INC. | ARNOLD & PORTER KAYE SCHOLER LLP<br>John Nilsson (*pro hac vice*)<br>John.nilsson@arnoldporter.com<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br><br>Attorneys for Defendant<br>IVANTIS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>   Plaintiff,<br>v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>   Defendant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**ORDER MODIFYING CASE SCHEDULE**<br><br>Judge:  Hon. James V. Selna<br>Date Filed: April 14, 2018<br>Trial Date: February 4, 2020 |

Good cause appearing, IT IS HEREBY ORDERED that the following schedule is entered in the above captioned case:

| Event | Original Date | New Date |
|---|---|---|
| Joint Claim Construction and Prehearing Statement (N.D. Cal. Patent L.R. 4-3) | January 14, 2019 | June 14, 2019 |
| Simultaneous Opening Claim Construction Briefs (N.D. Cal. Patent L.R. 4-5) | February 28, 2019 | June 25, 2019 |
| Simultaneous Responsive Claim Construction Briefs (N.D. Cal. Patent L.R. 4-5) | March 25, 2019 | July 22, 2019 |
| Claim Construction Hearing (1:30 pm) | April 15, 2019 | August 12, 2019 |
| N.D. Cal. Patent L.R. 3-7 Advice of Counsel Disclosure | 30 days after service by the Court of its claim constructions | September 12, 2019[1] |
| Non-Expert Discovery Cutoff | June 24, 2019 | September 30, 2019 |
| Opening Expert Reports | July 25, 2019 | November 8, 2019 |
| Rebuttal Expert Reports | August 29, 2019 | December 20, 2019 |
| Expert Discovery Cutoff | September 27, 2019 | February 7, 2020 |
| Deadline to File Dispositive Motions and *Daubert* Motions | October 28, 2019 | March 23, 2020 |
| Last Date to Hear Dispositive Motions (1:30 pm) | December 9, 2019 | May 4, 2020 |
| Deadline to file Motions *in Limine* | December 16, 2019 | June 1, 2020 |
| Deadline to lodge Pretrial Conference Order, Memorandum of Contentions of Fact and Law, Exhibit List, Witness List, and Status Report re: Settlement | January 6, 2020 | June 22, 2020 |

---

[1] The parties agree that, if Ivantis serves Patent Local Rule 3-7 Disclosures following the *Markman* ruling, Glaukos will be permitted to take further discovery outside the non-expert discovery period relating to those disclosures.

| Event | Original Date | New Date |
|---|---|---|
| Final Pretrial Conference, Hearing on Motions in *in Limine* (11:00 am) | January 13, 2020 | June 29, 2020 |
| Deadline to file Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re: Disputed Instructions and Verdict Forms, Proposed *Voir Dire* Questions, and Agreed-to Statement of Case | January 13, 2020 | June 29, 2020 |
| Trial Date (8:30 a.m.) | February 4, 2020 | July 28, 2020 |

**IT IS SO ORDERED**.

Dated:  May 10, 2019

_____
Hon. James V. Selna
Judge, United States District Court