IRELL & MANELLA LLP
Lisa S. Glasser (223406)
lglasser@irell.com
David McPhie (231520)
dmcphie@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Morgan Chu (70446)
mchu@irell.com
Stephen Payne (310567)
spayne@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
GLAUKOS CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**UPDATED INDEX FOR GLAUKOS CORPORATION'S MOTIONS FOR SUMMARY JUDGMENT AND MOTION RE SPOLIATION**<br><br>Date: June 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

Pursuant to the Court's Order for Jury Trial, Setting Dates, and Conduct (Dkt. 53), Plaintiff Glaukos Corporation hereby submits this Updated Motion Index detailing its Motions For Summary Judgment, and Motion for Adverse Inference Instruction and Exclusion of Evidence. (Dkt. 405, 406, 409, 410, 413, 414, 416, 417, 419, 420, 421, 423, 424, 425, 426, and 427), and the opposition and reply papers thereto.

### MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF CLAIMS 4, 28, 30 AND 31 OF THE '143 PATENT

| Motion | |
| --- | --- |
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Notice of Motion And Motion for Summary Judgment of Infringement of Claims 4, 28, 30 and 31 of the '143 Patent [Unredacted, Submitted for Under Seal Filing] | 429-1<br><br>[Redacted Version Dkt. 405] |
| Plaintiff Glaukos Corporation's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Judgment of Infringement of Claims 4, 8, 30, and 31 of the '143 Patent [Unredacted, Submitted for Under Seal Filing] | 429-2<br><br>[Redacted Version Dkt. 405-1] |
| [Proposed] Order Granting Plaintiff Glaukos Corporation's Motion for Summary Judgment of Infringement of Claims 4, 28, 30 and 31 of the '143 Patent | 405-2 |

| Opposition | |
| --- | --- |
| **Name of Pleading** | **Docket Number** |
| Ivantis's Response to Glaukos's Motion for Summary Judgment of Infringement of Claims 4, 28, 30, and 31 of the '143 Patent | 473 |
| Declaration of Tara M. Rangchi in Support of Ivantis's Response to Glaukos's Motion for Summary Judgment of Infringement of Claims 4, 28, 30, and 31 of the '143 Patent | 473-1 |
| Exhibit A to Declaration of Tara M. Rangchi | 473-2 |

| Reply | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Reply In Support of Its Motion For Summary Judgment of Infringement of Claims 4, 28, 30, And 31 of The '143 Patent | 520 |

## MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO THE "DISTAL PORTION," "PROXIMAL PORTION," AND "BI-DIRECTIONAL" ELEMENTS OF THE '858 PATENT

| Motion | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Notice of Motion and Motion for Partial Summary Judgment with Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent [Unredacted, Submitted for Under Seal Filing] | 429-3  [Redacted Version Dkt. 406] |
| Plaintiff Glaukos Corporation's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Judgment with Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent [Unredacted, Submitted for Under Seal Filing] | 429-4  [Redacted Version Dkt. 406-1] |
| [Proposed] Order Granting Plaintiff Glaukos Corporation's Motion for Partial Summary Judgment with Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent | 406-2 |

| Opposition | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Ivantis's Memorandum in Opposition to Glaukos's Motion for Partial Summary Judgment with Respect to the "Distal | 504 |

| | |
|---|---|
| Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent [Unredacted, Under Seal] | [Redacted Version Dkt. 498] |
| Ivantis's Statement of Genuine Disputes in Opposition to Glaukos's Motion for Partial Summary Judgment with Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent [Unredacted, Under Seal] | 504-1<br><br>[Redacted Version Dkt. 498-1] |
| Ivantis's Objections to Evidence Offered in Support of Glaukos's Motion for Partial Summary Judgment with Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent [Unredacted, Under Seal] | 504-2<br><br>[Redacted Version Dkt. 498-2] |
| Declaration of Ajay Krishnan in Support of Ivantis's Opposition to Glaukos's Motion for Partial Summary Judgment Regarding Elements of the '858 Patent | 498-3 |
| Exhibit A to Krishnan Declaration [Unredacted, Under Seal] | 504-3<br><br>[Redacted Version Dkt. 498-4] |
| Exhibit B to Krishnan Declaration [Unredacted, Under Seal] | 504-4<br><br>[Redacted Version Dkt. 498-5] |
| Exhibit C to Krishnan Declaration | 498-6 |
| Exhibit D to Krishnan Declaration | 498-7 |
| Exhibit E to Krishnan Declaration | 498-8 |
| Exhibit F to Krishnan Declaration | 498-9 |
| Exhibit G to Krishnan Declaration | 498-10 |
| Exhibit H to Krishnan Declaration | 498-11 |
| Exhibit I to Krishnan Declaration [Unredacted, Under Seal] | 504-5<br><br>[Redacted Version Dkt. 498-12] |
| Exhibit J to Krishnan Declaration [Unredacted, Under Seal] | 504-6 |

| | |
|---|---|
| | [Redacted Version Dkt. 498-13] |
| Exhibit K to Krishnan Declaration [Unredacted, Under Seal] | 504-7<br><br>[Redacted Version Dkt. 498-14] |
| Exhibit L to Krishnan Declaration [Unredacted, Under Seal] | 504-8<br><br>[Redacted Version Dkt. 498-15] |
| Exhibit M to Krishnan Declaration [Unredacted, Under Seal] | 504-9<br><br>[Redacted Version Dkt. 498-16] |
| Exhibit N to Krishnan Declaration [Unredacted, Under Seal] | 504-10<br><br>[Redacted Version Dkt. 498-17] |
| Exhibit O to Krishnan Declaration [Unredacted, Under Seal] | 504-11<br><br>[Redacted Version Dkt. 498-18] |
| Exhibit P to Krishnan Declaration [Unredacted, Under Seal] | 504-12<br><br>[Redacted Version Dkt. 498-19] |
| Exhibit Q to Krishnan Declaration [Unredacted, Under Seal] | 504-13<br><br>[Redacted Version Dkt. 498-20] |
| Exhibit R to Krishnan Declaration [Unredacted, Under Seal] | 504-14<br><br>[Redacted Version Dkt. 498-21] |
| Exhibit S to Krishnan Declaration | 498-22 |
| Exhibit T to Krishnan Declaration [Unredacted, Under Seal] | 504-15 |

10837807

| | |
|---|---|
| | [Redacted Version Dkt. 498-23] |
| Exhibit U to Krishnan Declaration [Unredacted, Under Seal] | 504-16<br><br>[Redacted Version Dkt. 498-24] |
| Exhibit V to Krishnan Declaration [Unredacted, Under Seal] | 504-17<br><br>[Redacted Version Dkt. 498-25] |
| Exhibit W to Krishnan Declaration [Unredacted, Under Seal] | 504-18<br><br>[Redacted Version Dkt. 498-26] |
| Exhibit X to Krishnan Declaration [Unredacted, Under Seal] | 504-19<br><br>[Redacted Version Dkt. 498-27] |
| Exhibit Y to Krishnan Declaration [Unredacted, Under Seal] | 504-20<br><br>[Redacted Version Dkt. 498-28] |
| Declaration of Dr. Angelo Tanna in Support of Ivantis's Opposition to Glaukos's Motion for Partial Summary Judgment with Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent | 498-29 |
| Exhibit A to Tanna Declaration [Unredacted, Under Seal] | 504-21<br><br>[Redacted Version Dkt. 498-30] |
| Declaration of Andrew Schieber in Support of Ivantis's Opposition to Glaukos's Motion for Partial Summary Judgment with Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent | 498-31 |
| Exhibit A to Schieber Declaration [Unredacted, Under Seal] | 504-22 |

| | |
|---|---|
| | [Redacted Version Dkt. 498-32] |
| Declaration of Harold Walbrink in Support of Ivantis's Opposition to Glaukos's Motion for Partial Summary Judgment with Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent | 498-33 |
| Exhibit A to Walbrink Declaration [Unredacted, Under Seal] | 504-23<br><br>[Redacted Version Dkt. 498-34] |

| Reply | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Reply In Support of its Motion for Partial Summary Judgment With Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent [Unredacted, Under Seal] | 539<br><br>[Redacted Version Dkt. 527] |
| Glaukos Response to Ivantis's Objections to Evidence Re Glaukos's Motion for Partial Summary Judgment With Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent [Unredacted, Under Seal] | 539-1<br><br>[Redacted Version Dkt. 527-1] |

| Sur-Reply | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Ivantis's Notice of Ex Parte Application and Ex Parte Application for Leave to File a Sur-Reply Re: Glaukos's Motion for Partial Summary Judgment with Respect to "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements [Unredacted, Under Seal] | 556<br><br>[Redacted Version Dkt. 554] |
| Ivantis's Sur-Reply to Glaukos's Motion for Partial Summary Judgment with Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent [Unredacted, Under Seal] | 556-1<br><br>[Redacted Version Dkt. 554-1] |

| Opposition to Sur-Reply | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Opposition to Ivantis's *Ex Parte* Application for Leave to File Sur-Reply to Glaukos's Motion for Partial Summary Judgment with Respect to the "Distal Portion," "Proximal Portion," and "Bi-Directional" Elements of the '858 Patent [Unredacted, Under Seal] | 563<br><br>[Redacted Version Dkt. 558-1] |

## MOTION FOR SUMMARY JUDGMENT AS TO VALIDITY OF CLAIMS 4 AND 30

| Motion | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Notice of Motion and Motion for Summary Judgment Regarding Validity of Claims 4 and 30 | 409 |
| Plaintiff Glaukos Corporation's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Judgment Regarding Validity of Claims 4 and 30 | 409-1 |
| [Proposed] Order Granting Plaintiff Glaukos Corporation's Motion for Summary Judgment Regarding Validity of Claims 4 and 30 | 409-2 |

| Opposition | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Ivantis's Memorandum of Points and Authorities in Opposition to Glaukos's Motion for Summary Judgment of Validity of '143 Patent Claims 4 and 30 | 490 |
| Ivantis, Inc.'s Statement of Genuine Disputes in Opposition to Glaukos's Motion for Summary Judgment of Validity of '143 Patent Claims 4 and 30 | 490-1 |

10837807

Updated Motion Index for Glaukos's Motions for Summary Judgment and Motion Re Spoliation
Case No. 8:18-cv-00620-JVS-JDE

| | |
|---|---|
| Ivantis's Objections to Evidence Offered in Support of Glaukos's Motion for Summary Judgment of Validity of '143 Patent Claims 4 and 30 | 490-2 |
| Declaration of Kristen E. Lovin in Support of Ivantis's Opposition to Glaukos's Motion for Summary Judgment of Validity of '143 Patent Claims 4 and 30 | 490-3 |
| Exhibit 1 to Declaration of Kristen E. Lovin | 490-4 |
| Exhibit 2 to Declaration of Kristen E. Lovin | 490-5 |
| Exhibit 3 to Declaration of Kristen E. Lovin | 490-6 |
| Exhibit 4 to Declaration of Kristen E. Lovin | 490-7 |
| Exhibit 5 to Declaration of Kristen E. Lovin | 490-8 |
| Exhibit 6 to Declaration of Kristen E. Lovin | 490-9 |
| Declaration of Dr. Andrew Iwach in Support of Ivantis's Opposition to Glaukos's Motion for Summary Judgment of Validity of '143 Patent Claims 4 and 30 | 490-10 |
| Exhibit A to Declaration of Dr. Andrew Iwach [Unredacted, Under Seal] | 506-1 <br><br> [Redacted Version Dkt. 490-11] |
| Exhibit B to Declaration of Dr. Andrew Iwach [Unredacted, Under Seal] | 506-2 <br><br> [Redacted Version Dkt. 490-12] |

| Reply | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Reply In Support of Its Motion for Summary Judgment Regarding Validity of Claims 4 and 30 of '143 Patent | 523 |
| Plaintiff Glaukos Corporation's Responses to Ivantis's Objections to Evidence re Glaukos's Motion for Summary Judgment Regarding Validity of '143 Patent Claims 4 and 30 | 523-1 |

Updated Motion Index for Glaukos's Motions for Summary Judgment and Motion Re Spoliation
Case No. 8:18-cv-00620-JVS-JDE

## MOTION FOR SUMMARY JUDGMENT THAT LOST PROFITS DAMAGES ARE AVAILABLE

| Motion | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Memorandum in Support of Motion for Summary Judgment that Lost Profits Damages are Available [Unredacted, Submitted for Under Seal Filing] | 429-5<br><br>[Redacted Version Dkt. 410] |
| Plaintiff Glaukos Corporation's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment that Lost Profits Damages are Available [Unredacted, Submitted for Under Seal Filing] | 429-6<br><br>[Redacted Version Dkt. 410-1] |
| [Proposed] Order Granting Plaintiff Glaukos Corporation's Motion for Summary Judgment that Lost Profits Damages are Available | 410-2 |

| Opposition | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Ivantis's Memorandum in Opposition to Glaukos's Motion for Summary Judgment that Lost Profits Damages are Available [Unredacted, Submitted for Under Seal Filing] | 479-1<br><br>[Redacted Version Dkt. 483] |
| Ivantis's Statement of Genuine Disputes in Opposition to Glaukos's Motion for Summary Judgment that Lost Profits Damages are Available [Unredacted, Submitted for Under Seal Filing] | 479-2<br><br>[Redacted Version Dkt. 483-1] |
| Ivantis's Objections to Evidence Offered in Support of Glaukos's Motion for Summary Judgment that Lost Profits Damages are Available [Unredacted, Submitted for Under Seal Filing] | 479-3<br><br>[Redacted Version Dkt. 483-2] |
| Declaration of Eduardo E. Santacana in Support of Ivantis's Memorandum in Opposition to Glaukos's Motion for Summary Judgment that Lost Profits Damages are Available | 483-3 |

| | |
|---|---|
| Exhibit A to Declaration of Eduardo E. Santacana [Unredacted, Submitted for Under Seal Filing] | 479-26 [Redacted Version Dkt. 483-4] |
| Exhibit B to Declaration of Eduardo E. Santacana | 483-5 |
| Exhibit C to Declaration of Eduardo E. Santacana | 483-6 |
| Exhibit D to Declaration of Eduardo E. Santacana | 483-7 |
| Exhibit E to Declaration of Eduardo E. Santacana [Unredacted, Submitted for Under Seal Filing] | 479-27 [Redacted Version Dkt. 483-8] |
| Exhibit F to Declaration of Eduardo E. Santacana [Unredacted, Submitted for Under Seal Filing] | 479-28 [Redacted Version Dkt. 483-9] |
| Exhibit G to Declaration of Eduardo E. Santacana [Unredacted, Submitted for Under Seal Filing] | 479-29 [Redacted Version Dkt. 483-10] |
| Exhibit H to Declaration of Eduardo E. Santacana | 483-11 |
| Exhibit I to Declaration of Eduardo E. Santacana [Unredacted, Submitted for Under Seal Filing] | 479-30 [Redacted Version Dkt. 483-12] |
| Exhibit J to Declaration of Eduardo E. Santacana [Unredacted, Submitted for Under Seal Filing] | 479-31 [Redacted Version Dkt. 483-13] |
| Exhibit K to Declaration of Eduardo E. Santacana [Unredacted, Submitted for Under Seal Filing] | 479-32 [Redacted Version Dkt. 483-14] |
| Exhibit L to Declaration of Eduardo E. Santacana | 483-15 |
| Exhibit M to Declaration of Eduardo E. Santacana [Unredacted, Submitted for Under Seal Filing] | 479-33 |

| | |
|---|---|
| | [Redacted Version Dkt. 483-16] |
| Declaration of Mohan Rao, Ph.D. in Support of Ivantis's Opposition to Glaukos's Motion for Summary Judgment that Lost Profits Damages are Available [Unredacted, Submitted for Under Seal Filing] | 479-4<br><br>[Redacted Version Dkt. 483-17] |
| Exhibit 1 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-5<br><br>[Redacted Version Dkt. 483-18] |
| Exhibit 2 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-6<br><br>[Redacted Version Dkt. 483-19] |
| Exhibit 3 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-7<br><br>[Redacted Version Dkt. 483-20] |
| Exhibit 4 to Declaration of Mohan Rao, Ph.D. | 483-21 |
| Exhibit 5 to Declaration of Mohan Rao, Ph.D. | 483-22 |
| Exhibit 6 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-8<br><br>[Redacted Version Dkt. 483-23] |
| Exhibit 7 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-9<br><br>[Redacted Version Dkt. 483-24] |
| Exhibit 8 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-10<br><br>[Redacted Version Dkt. 483-25] |
| Exhibit 9 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-11<br><br>[Redacted Version Dkt. 483-26] |

| | |
|---|---|
| Exhibit 10 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-12<br><br>[Redacted Version Dkt. 483-27] |
| Exhibit 11 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-13<br><br>[Redacted Version Dkt. 483-28] |
| Exhibit 12 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-14<br><br>[Redacted Version Dkt. 483-29] |
| Exhibit 13 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-15<br><br>[Redacted Version Dkt. 483-30] |
| Exhibit 14 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-16<br><br>[Redacted Version Dkt. 483-31] |
| Exhibit 15 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-17<br><br>[Redacted Version Dkt. 483-32] |
| Exhibit 16 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-18<br><br>[Redacted Version Dkt. 483-33] |
| Exhibit 17 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-19<br><br>[Redacted Version Dkt. 483-34] |
| Exhibit 18 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-20<br><br>[Redacted Version Dkt. 483-35] |

| Exhibit 19 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-21<br><br>[Redacted Version Dkt. 483-36] |
|---|---|
| Exhibit 20 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-22<br><br>[Redacted Version Dkt. 483-37] |
| Exhibit 21 to Declaration of Mohan Rao, Ph.D. | 483-38 |
| Exhibit 22 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-23<br><br>[Redacted Version Dkt. 483-39] |
| Exhibit 23 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-24<br><br>[Redacted Version Dkt. 483-40] |
| Exhibit 24 to Declaration of Mohan Rao, Ph.D. [Unredacted, Submitted for Under Seal Filing] | 479-25<br><br>[Redacted Version Dkt. 483-41] |
| Exhibit 25 to Declaration of Mohan Rao, Ph.D. | 483-42 |

| Reply | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Reply In Support of Its Motion for Summary Judgment That Lost Profits Damages Are Available [Unredacted, Under Seal] | 540<br><br>[Redacted Version Dkt. 525] |
| Plaintiff Glaukos Corporation's Response to Ivantis's Objections to Evidence re Glaukos's Motion for Summary Judgment That Lost Profits Damages Are Available [Unredacted, Under Seal] | 540-1<br><br>[Redacted Version Dkt. 525-2] |
| Glaukos Corporation's Objections to the Declaration of Mohan Rao, Ph.D. In Support of Ivantis's Opposition to | 525-1 |

| Glaukos's Motion for Summary Judgment That Lost Profits Damages Are Available | |
|---|---|

**MOTION FOR ADVERSE INFERENCE INSTRUCTION AND EXCLUSION OF EVIDENCE RE DEFENDANT IVANTIS'S SPOLIATION OF EVIDENCE**

| Motion | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Notice of Motion and Motion for Adverse Inference Instruction and Exclusion Re Defendant Ivantis, Inc.'s Spoliation of Evidence [Unredacted, Submitted for Under Seal Filing] | 429-7 [Redacted Version Dkt. 413] |
| [Proposed] Order Granting Glaukos Corporation's Motion for Adverse Interference Instruction and Exclusion Re Defendant Ivantis, Inc.'s Spoliation of Evidence | 413-1 |

| Opposition | |
|---|---|
| **Name of Pleading** | **Docket Number** |
| Ivantis's Opposition to Glaukos's Motion for Adverse-Interference Instruction and Exclusion [Unredacted, Under Seal] | 509 [Redacted Version Dkt. 495] |
| Declaration of Christina Lee in Support of Ivantis's Opposition to Glaukos's Motion for Adverse-Interference Instruction and Exclusion | 495-1 |
| Exhibit A to Declaration of Christina Lee [Unredacted, Under Seal] | 509-2 [Redacted Version Dk. 495-2] |
| Exhibit B to Declaration of Christina Le [Unredacted, Under Seal] | 509-3 [Redacted Version Dkt. 495-3] |

| | |
|---|---|
| Exhibit C to Declaration of Christina Lee [Unredacted, Under Seal] | 509-4<br><br>[Redacted Version Dkt. 495-4] |
| Exhibit D to Declaration of Christina Lee [Unredacted, Under Seal] | 509-5<br><br>[Redacted Version Dkt. 495-5] |
| Exhibit E to Declaration of Christina Lee [Unredacted, Under Seal] | 509-6<br><br>[Redacted Version Dkt. 495-6] |
| Exhibit F to Declaration of Christina Lee [Unredacted, Under Seal] | 509-7<br><br>[Redacted Version Dkt. 495-7] |
| Exhibit G to Declaration of Christina Lee [Unredacted, Under Seal] | 509-8<br><br>[Redacted Version Dkt. 495-8] |
| Exhibit H to Declaration of Christina Lee | 495-9 |
| Exhibit I to Declaration of Christina Lee [Unredacted, Under Seal] | 509-9<br><br>[Redacted Version Dkt. 495-10] |
| Exhibit J to Declaration of Christina Lee [Unredacted, Under Seal] | 509-10<br><br>[Redacted Version Dkt. 495-11] |
| Declaration of David Van Meter in Support of Ivantis's Opposition to Glaukos's Motion for Adverse-Inference Instruction and Exclusion [Unredacted, Under Seal] | 509-1<br><br>[Redacted Version Dkt. 495-12] |

| Reply | |
| --- | --- |
| **Name of Pleading** | **Docket Number** |
| Plaintiff Glaukos Corporation's Reply In Support of Its Motion for Adverse Inference Instruction and Exclusion Re Defendant Ivantis, Inc.'s Spoliation of Evidence [Unredacted, Under Seal] | 541<br><br>[Redacted Version Dkt. 526] |

**DECLARATION OF LISA S. GLASSER IN SUPPORT OF GLAUKOS CORPORATION'S MOTIONS FOR SUMMARY JUDGMENT, *DAUBERT* MOTIONS, MOTION RE SPOLIATION, AND MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS**

| Name of Pleading | Docket Number |
| --- | --- |
| Declaration of Lisa S. Glasser in Support of Glaukos Motions (Dkt. 423, 420, 413, 424, 421, 406, 416, 417, 405, 409, 410, and 419 | 425 |
| Exhibit 1 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-15 |
| Exhibit 2 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-16 |
| Exhibit 3 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-17 |
| Exhibit 4 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-18 |
| Exhibit 5 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-19 |
| Exhibit 6 to Declaration of Lisa S. Glasser | 425-1 |
| Exhibit 7 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-20 |
| Exhibit 8 to Declaration of Lisa S. Glasser | 425-2 |
| Exhibit 9 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-21 |
| Exhibit 10 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-22 |

| | |
|---|---|
| Exhibit 11 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-23 |
| Exhibit 12 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-24 |
| Exhibit 13 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-25 |
| Exhibit 14 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-26 |
| Exhibit 15 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-27 |
| Exhibit 16 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-28 |
| Exhibit 17 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-29 |
| Exhibit 18 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-30 |
| Exhibit 19 to Declaration of Lisa S. Glasser | 425-3 |
| Exhibit 20 to Declaration of Lisa S. Glasser | 425-4 |
| Exhibit 21 to Declaration of Lisa S. Glasser | 425-5 |
| Exhibit 22 to Declaration of Lisa S. Glasser | 425-6 |
| Exhibit 23 to Declaration of Lisa S. Glasser | 425-7 |
| Exhibit 24 to Declaration of Lisa S. Glasser | 425-8 |
| Exhibit 25 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-31 |
| Exhibit 26 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-32 |
| Exhibit 27 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-33 |
| Exhibit 28 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-34 |
| Exhibit 29 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-35 |
| Exhibit 30 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-36 |
| Exhibit 31 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-37 |

| | |
|---|---|
| Exhibit 32 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-38 |
| Exhibit 33 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-39 |
| Exhibit 34 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-40 |
| Exhibit 35 to Declaration of Lisa S. Glasser | 425-9 |
| Exhibit 36 to Declaration of Lisa S. Glasser | 425-10 |
| Exhibit 37 to Declaration of Lisa S. Glasser | 425-11 |
| Exhibit 38 to Declaration of Lisa S. Glasser | 425-12 |
| Exhibit 39 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-41 |
| Exhibit 40 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-42 |
| Exhibit 41 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-43 |
| Exhibit 42 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-44 |
| Exhibit 43 to Declaration of Lisa S. Glasser | 425-13 |
| Exhibit 44 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-45 |
| Exhibit 45 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-46 |
| Exhibit 46 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-47 |
| Exhibit 47 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-48 |
| Exhibit 48 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-49 |
| Exhibit 49 to Declaration of Lisa S. Glasser | 425-14 |
| Exhibit 50 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-50 |
| Exhibit 51 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-51 |
| Exhibit 52 to Declaration of Lisa S. Glasser | 425-15 |
| Exhibit 53 to Declaration of Lisa S. Glasser | 425-16 |

Updated Motion Index for Glaukos's Motions for Summary
Judgment and Motion Re Spoliation
Case No. 8:18-cv-00620-JVS-JDE

| Exhibit 54 to Declaration of Lisa S. Glasser [Unredacted, Submitted for Under Seal Filing] | 429-52 |
|---|---|
| Exhibit 55 to Declaration of Lisa S. Glasser | 425-17 |
| Exhibit 56 to Declaration of Lisa S. Glasser | 425-18 |
| Exhibit 57 to Declaration of Lisa S. Glasser | 425-19 |
| Exhibit 58 to Declaration of Lisa S. Glasser | 425-20 |
| Exhibit 59 to Declaration of Lisa S. Glasser | 425-21 |
| Exhibit 60 to Declaration of Lisa S. Glasser | 425-22 |
| Exhibit 61 to Declaration of Lisa S. Glasser | 425-23 |
| Exhibit 62 to Declaration of Lisa S. Glasser | 425-24 |
| Exhibit 63 to Declaration of Lisa S. Glasser | 425-25 |
| Exhibit 64 to Declaration of Lisa S. Glasser | 425-26 |
| Exhibit 65 to Declaration of Lisa S. Glasser | 425-27 |
| Exhibit 66 to Declaration of Lisa S. Glasser | 425-28 |

## SUPPLEMENTAL DECLARATION OF LISA S. GLASSER IN SUPPORT OF PLAINTIFF GLAUKOS CORPORATION'S OPPOSITIONS TO IVANTIS, INC.'S SUMMARY JUDGMENT MOTIONS

| Name of Pleading | Docket Number |
|---|---|
| Supplemental Declaration of Lisa S. Glasser in Support of Plaintiff Glaukos Corporation's Oppositions to Ivantis, Inc.'s Summary Judgment Motions | 487 |
| Exhibit 67 to Supplemental Declaration of Lisa S. Glasser [Unredacted, Under Seal] | 512 |
| Exhibit 68 to Supplemental Declaration of Lisa S. Glasser [Unredacted, Under Seal] | 512-1 |
| Exhibit 69 to Supplemental Declaration of Lisa S. Glasser | 487-1 |
| Exhibit 70 to Supplemental Declaration of Lisa S. Glasser | 487-2 |
| Exhibit 71 to Supplemental Declaration of Lisa S. Glasser | 487-3 |
| Exhibit 72 to Supplemental Declaration of Lisa S. Glasser | 487-4 |
| Exhibit 73 to Supplemental Declaration of Lisa S. Glasser [Unredacted, Under Seal] | 512-2 |
| Exhibit 74 to Supplemental Declaration of Lisa S. Glasser | 487-5 |
| Exhibit 75 to Supplemental Declaration of Lisa S. Glasser [Unredacted, Under Seal] | 512-3 |

| Exhibit 76 to Supplemental Declaration of Lisa S. Glasser | 487-6 |
| Exhibit 77 to Supplemental Declaration of Lisa S. Glasser | 487-7 |
| Exhibit 78 to Supplemental Declaration of Lisa S. Glasser [Unredacted, Under Seal] | 512-4 |
| Exhibit 79 to Supplemental Declaration of Lisa A. Glasser | 487-8 |

### SUPPLEMENTAL DECLARATION OF LISA S. GLASSER IN SUPPORT OF PLAINTIFF GLAUKOS CORPORATION'S REPLIES IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT, MOTION RE SPOLIATION AND MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS

| Name of Pleading | Docket Number |
| --- | --- |
| Supplemental Declaration of Lisa S. Glasser in Support of Plaintiff Glaukos Corporation's Replies In Support of Its Motions for Summary Judgment, Motion re Spoliation, and Motion for Leave to Amend Infringement Contentions | 529 |
| Exhibit 80 to Supplemental Declaration of Lisa S. Glasser | 529-1 |
| Exhibit 81 to Supplemental Declaration of Lisa S. Glasser [Unredacted, Under Seal] | 543 |
| Exhibit 82 to Supplemental Declaration of Lisa S. Glasser [Unredacted, Under Seal] | 543-1 |
| Exhibit 83 to Supplemental Declaration of Lisa S. Glasser [Unredacted, Under Seal] | 543-2 |
| Exhibit 84 to Supplemental Declaration of Lisa S. Glasser | 529-2 |
| Exhibit 85 to Supplemental Declaration of Lisa S. Glasser | 529-3 |
| Exhibit 86 to Supplemental Declaration of Lisa S. Glasser | 529-4 |
| Exhibit 87 to Supplemental Declaration of Lisa S. Glasser | 529-5 |
| Exhibit 88 to Supplemental Declaration of Lisa S. Glasser | 529-6 |
| Exhibit 89 to Supplemental Declaration of Lisa S. Glasser | 529-7 |

10837807

**DECLARATION OF DR. JONATHAN S. MEYERS IN SUPPORT OF GLAUKOS CORPORATION'S SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

| Name of Pleading | Docket Number |
|---|---|
| Declaration of Dr. Jonathan S. Meyers in Support of Glaukos Corporation's Summary Judgment and *Daubert* Motions | 426 |
| Exhibit A to Declaration of Dr. Jonathan S. Myers [Unredacted, Submitted for Under Seal Filing] | 429-53 |
| Exhibit B to Declaration of Dr. Jonathan S. Myers [Unredacted, Submitted for Under Seal Filing] | 429-54 |

**DECLARATION OF DR. KEITH UGONE IN SUPPORT OF PLAINTIFF GLAUKOS CORPORATION'S SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

| Name of Pleading | Docket Number |
|---|---|
| Declaration of Dr. Keith Ugone in Support of Glaukos Corporation's Summary Judgment and *Daubert* Motions | 427 |
| Exhibit A to Declaration of Dr. Keith Ugone [Unredacted, Submitted for Under Seal Filing] | 429-55 |

Dated: May 27, 2020

Respectfully submitted,

IRELL & MANELLA LLP


By: /s/ *Stephen M. Payne*
Stephen M. Payne