IRELL & MANELLA LLP
Lisa S. Glasser (223406)
lglasser@irell.com
David McPhie (231520)
dmcphie@irell.com
Stephen Payne (310567)
spayne@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Morgan Chu (70446)
mchu@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
GLAUKOS CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**PLAINTIFF GLAUKOS CORPORATION'S STATEMENT REGARDING PUBLIC ACCESS TO ORDERS REGARDING GLAUKOS'S MOTION FOR ADVERSE INFERENCE INSTRUCTION AND EXCLUSION (DKT. 725 & DKT. 760)**<br><br>Judge: Hon. James V. Selna |

Plaintiff Glaukos Corporation hereby submits this statement concerning the Court's orders regarding (1) Glaukos's Motion for Adverse Inference Instruction and Exclusion, and (2) Ivantis's Motion for Reconsideration of Order re Glaukos's Motion for Adverse Inference Instruction and Exclusion. *See* Dkt. 725, Dkt. 760 (together, "the Orders").

The Orders are currently under seal, and the public and the parties therefore remain unable to review the Court's rulings. On June 24, 2020, Ivantis submitted a request asking the Court to "maintain[] the entirety of [Dkt. 725] under seal during the pendency of Ivantis's forthcoming motion for reconsideration . . . and extend the deadline for the parties to identify redactions to the Order until seven days from the date the Court rules on Ivantis's forthcoming motion for reconsideration." Dkt. 728 at 1–2. The Court ruled on Ivantis's motion for reconsideration on July 30, 2020, and ordered the parties to meet and confer and notify the Court which parts of the order should be redacted within seven days. Dkt. 760 at 9.

Glaukos contacted Ivantis regarding the Orders, and Ivantis declined to identify any proposed redactions to either Dkt. 725 or Dkt. 760. Further, Glaukos has reviewed the Orders and has not identified any Glaukos confidential material that requires redaction or that would otherwise be inappropriate for public access. As the Court's seven day deadline has now passed and neither party has identified redactions to either order, Glaukos respectfully requests that Dkt. 725 and Dkt. 760 be made available for public access.

Dated: August 14, 2020

IRELL & MANELLA LLP

By: /s/ *Lisa Glasser*

Attorneys for Plaintiff
Glaukos Corporation