IRELL & MANELLA LLP
Lisa S. Glasser (223406)
lglasser@irell.com
David McPhie (231520)
dmcphie@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Morgan Chu (70446)
mchu@irell.com
Stephen Payne (310567)
spayne@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for GLAUKOS CORPORATION

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
David Silbert (SBN 173128)
dsilbert@keker.com
Ajay S. Krishnan (SBN 222476)
akrishnan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7199

Attorneys for Defendant
IVANTIS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVANTIS, INC, a Delaware Corporation,<br><br>Defendant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**JOINT APPLICATION AND STIPULATION TO CONTINUE TRIAL DATE AND FINAL PRETRIAL CONFERENCE**<br><br>Judge: Hon. James V. Selna<br>Date Filed: April 14, 2018<br>Pretrial Conf.: February 22, 2021<br>Trial Date: March 9, 2021 |

1    Plaintiff Glaukos Corporation ("Glaukos") and Defendant Ivantis, Inc.
2 ("Ivantis") (together, "the Parties") hereby jointly request and stipulate to continue
3 the trial date and Final Pretrial Conference in the above-captioned matter.

4    On June 25, 2020, the Court granted the parties' joint application and
5 stipulation to continue the Final Pretrial Conference to February 22, 2021, and the
6 trial date to March 9, 2021.  Dkt. 730.  However, the parties now jointly believe that,
7 in light of COVID's impact on the Central District of California and the Santa Ana
8 area, it will no longer be feasible to go forward with the current trial date.
9 Accordingly, the parties have met and conferred to identify the earliest available
10 date when counsel and witnesses for both sides are available and the circumstances
11 surrounding COVID are likely to allow a civil jury trial to proceed in this case.

12    The parties hereby jointly request that the trial date be continued to
13 September 28, 2021, and that the Final Pretrial Conference be continued to early
14 September 2021, as the Court's calendar permits.  Good cause exists for the
15 requested continuance, as jury trials remain suspended in this District, the State of
16 California has again issued regional stay-at-home orders, and there has been no
17 indication that civil jury trials will resume in this district by March 9.

18    Further, the Parties request that the Final Pretrial Conference (and the
19 associated outstanding pre-trial deadlines tied to the Final Pretrial Conference by
20 Local Rule, the Court's standing orders, and/or Dkt. 730, including motions *in*
21 *limine*) be continued to correspond to the new proposed trial date. For example, the
22 Parties request that the deadline to file Agreed Upon Set of Jury Instructions and
23 Verdict Forms and Joint Statement re: Disputed Instructions and Verdict Forms,
24 Proposed Voir Dire Questions, and Agreed-to Statement of Case be re-set to
25 September 21, 2021 pursuant to Local Rule 51-1. The Parties also request that the
26 deadline for the parties to complete meet-and-confer and for Glaukos to re-file its
27 *Daubert* motion with respect to invalidity combinations asserted by Dr. Iwach—
28 currently set for January 25, 2021 by the Court's order at Dkt. 765—be continued to

July 19, 2021, or a similar date as the Court's calendar permits. The Parties respectfully submit that continuing this date will permit the parties additional time to meet and confer on the issues in dispute and promote efficiency for the Court and the parties.

    The Parties timely completed the pretrial filings and exchanges as set forth in the Court's prior scheduling order at Dkt. 301, excepting those matters that were continued by the Court's June 12, 2020 Order at Dkt. 723.  The Parties submit that further continuing the Final Pretrial Conference and related filing dates will promote efficiency for both the Court and the Parties.

Respectfully submitted,

Dated:  December 10, 2020

IRELL & MANELLA LLP

/s/ *Lisa S. Glasser*
Lisa S. Glasser
Attorneys for Plaintiff GLAUKOS CORPORATION

Dated:  December 10, 2020

KEKER, VAN NEST & PETERS LLP

/s/ *David J. Silbert*
David J. Silbert
Attorneys for Defendant IVANTIS, INC.

**ATTESTATION**

I, David J. Silbert, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

                         */s/ David J. Silbert*