IRELL & MANELLA LLP
Lisa S. Glasser (223406)
lglasser@irell.com
David McPhie (231520)
dmcphie@irell.com
Stephen Payne (310567)
spayne@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Morgan Chu (70446)
mchu@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
GLAUKOS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> IVANTIS, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 8:18-cv-00620-JVS-JDE <br><br> **PLAINTIFF GLAUKOS CORPORATION'S NOTICE OF APPLICATION AND APPLICATION TO FILE JOINT STIPULATION UNDER SEAL** <br><br> Courtroom: 10C <br> Judge: Hon. James Selna |

...

# NOTICE OF APPLICATION AND APPLICATION TO SEAL

Pursuant to Local Rule 79-5.2.2, Plaintiff Glaukos Corporation ("Glaukos") hereby respectfully requests to file under seal the Joint Stipulation to Continue the Pretrial Conference.

The Joint Stipulation references confidential information of both Plaintiff Glaukos Corporation and Defendant Ivantis, Inc. For the reasons set forth in the accompanying declaration, Glaukos respectfully submits that good cause exists for the Court to permit filing of the Joint Stipulation under seal.

Dated: September 8, 2021

Respectfully submitted,

IRELL & MANELLA LLP

By: */s/ Stephen M. Payne*
Stephen M. Payne