IRELL & MANELLA LLP
Lisa S. Glasser (223406)
lglasser@irell.com
David McPhie (231520)
dmcphie@irell.com
Stephen Payne (310567)
spayne@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Morgan Chu (70446)
mchu@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
GLAUKOS CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GLAUKOS CORPORATION'S APPLICATION TO FILE JOINT STIPULATION UNDER SEAL**<br><br>Courtroom: 10C<br>Judge: Hon. James Selna |

1  The Court, having considered Plaintiff Glaukos Corporation's Application to
2  File Under Seal the Joint Stipulation to Continue the Pretrial Conference, finds that
3  good cause exists to file the following documents under seal:

| Sealed Document | Disposition |
|---|---|
| Joint Stipulation to Continue Pretrial Conference | Granted: ___ <br> Denied : ___ |

**IT IS SO ORDERED**.

Dated: _____ , 2021

_____
Hon. James V. Selna
District Judge for the Central District of California