IRELL & MANELLA LLP
Lisa S. Glasser (223406)
lglasser@irell.com
David McPhie (231520)
dmcphie@irell.com
Stephen Payne (310567)
spayne@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

Morgan Chu (70446)
mchu@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Plaintiff
GLAUKOS CORPORATION

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (SBN 84065)
rvannest@keker.com
David Silbert (SBN 173128)
dsilbert@keker.com
Ajay S. Krishnan (SBN 222476)
akrishnan@keker.com
Laurie Carr Mims (SBN 241584)
lmims@keker.com
Sophie Hood (SBN 295881)
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7199

Attorneys for Defendant
IVANTIS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE**<br><br>Pretrial Conference: Sep. 13, 2021<br>Trial Date:   Sep. 28, 2021<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

0 0

Consistent with the Joint Stipulation of the Parties, and good cause having been shown, the Final Pretrial Conference is continued to September 20, 2021 at 11:00 a.m.

**IT IS SO ORDERED**.

Dated:   September 09, 2021

_____
Hon. James V. Selna
District Judge for the Central District of California