| | |
|---|---|
| IRELL & MANELLA LLP<br>Lisa S. Glasser (223406)<br>lglasser@irell.com<br>David McPhie (231520)<br>dmcphie@irell.com<br>Stephen Payne (310567)<br>spayne@irell.com<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>Morgan Chu (70446)<br>mchu@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Attorneys for Plaintiff<br>GLAUKOS CORPORATION | KEKER, VAN NEST & PETERS LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>David Silbert (SBN 173128)<br>dsilbert@keker.com<br>Ajay S. Krishnan (SBN 222476)<br>akrishnan@keker.com<br>Laurie Carr Mims (SBN 241584)<br>lmims@keker.com<br>Sophie Hood (SBN 295881)<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7199<br><br>Attorneys for Defendant<br>IVANTIS, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| GLAUKOS CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>IVANTIS, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**JOINT STIPULATION TO STAY CASE**<br><br>Pretrial Conference: Sep. 20, 2021<br>Trial Date: Sep. 28, 2021<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

Plaintiff Glaukos Corporation and Defendant Ivantis, Inc. (together, the "Parties") jointly stipulate and request that the Court vacate the current pretrial and trial dates and stay this case through December 31, 2021. The basis for this request is that the Parties executed a confidential Settlement Agreement regarding this case on September 14, 2021. Each Party issued a short press release this morning disclosing their settlement. The Settlement Agreement requires Ivantis to make a substantial payment to Glaukos no later than December 31, 2021, and provides that the Parties will file a joint stipulation to dismiss their claims with prejudice within 2 court days of receipt of that initial payment.

If the case has not been dismissed with prejudice by November 1, 2021, the Parties will submit a status report, or appear for a status conference (at the Court's preference).

Dated: September 15, 2021  Respectfully submitted,

IRELL & MANELLA LLP

/s/ David McPhie

Attorneys for Plaintiff GLAUKOS CORPORATION

Dated: September 15, 2021  KEKER, VAN NEST & PETERS LLP

/s/ David Silbert

Attorneys for Defendant IVANTIS, INC.

I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the filing.

Dated: September 15, 2021  By: /s/ David McPhie