| | |
|---|---|
| IRELL & MANELLA LLP<br>LISA S. GLASSER (223406)<br>lglasser@irell.com<br>DAVID MCPHIE (231520)<br>dmcphie@irell.com<br>STEPHEN PAYNE (310567)<br>spayne@irell.com<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone:  949 760 0991<br>Facsimile:   949 760 5200<br><br>MORGAN CHU (70446)<br>mchu@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone:  310 277 1010<br>Facsimile:   310 203 7199<br><br>Attorneys for Plaintiff<br>GLAUKOS CORPORATION | KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@keker.com<br>DAVID SILBERT (SBN 173128)<br>dsilbert@keker.com<br>AJAY S. KRISHNAN (SBN 222476)<br>akrishnan@keker.com<br>LAURIE CARR MIMS (SBN 241584)<br>lmims@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188<br><br>Attorneys for Defendant<br>IVANTIS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION-SANTA ANA

| | |
|---|---|
| GLAUKOS CORPORATION,<br>a Delaware Corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>IVANTIS, INC.,<br>a Delaware Corporation,<br><br>                              Defendant. | Case No. 8:18-cv-00620-JVS-JDE<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:    Hon. James V. Selna<br><br>Pre-trial conference: Sept. 13, 2021<br>Trial date: Sept. 28, 2021 |

Plaintiff Glaukos Corporation ("Glaukos") and Defendant Ivantis, Inc. ("Ivantis") (together, "the Parties") hereby notify the Court that the parties have resolved their disputes. Under Rule 41(a)(1)(A)(ii), the parties jointly stipulate to dismiss all claims and all counterclaims in this case with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

Dated: September 23, 2021                 IRELL & MANELLA LLP

                                          By: */s/ Lisa Glasser*
                                               Lisa Glasser

                                          Attorneys for Plaintiff
                                          GLAUKOS CORPORATION


Dated: September 23, 2021                 KEKER, VAN NEST & PETERS LLP

                                          By: */s/ David Silbert*
                                               David Silbert

                                          Attorneys for Defendant
                                          IVANTIS, INC.


I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the filing.


Dated: September 23, 2021                 By: */s/ David Silbert*
                                               David Silbert

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 8:18-CV-00620-JVS-JDE

1747281